IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHARON BARNETT and RICK BARNETT ) <br> ) <br> Plaintiffs, ) <br> ) Cause No. 04-542 DRH <br> vs. ) <br> ) **Removed from:** <br> R. J. REYNOLDS TOBACCO COMPANY ) **Circuit Court of Madison County** <br> a/k/a R. J. REYNOLDS DOMESTIC ) **No. 03-L-1148** <br> TOBACCO, ) <br> ) <br> Defendant. ) | |

## O R D E R

This cause coming before the Court on the properly executed Stipulation for Dismissal and the Court being fully advised in the premises;

It is hereby ordered that plaintiffs' Complaint against R.J. Reynolds Tobacco Company a/k/a R.J. Reynolds Domestic Tobacco is dismissed with prejudice, each party to bear its/their own costs.

/s/     David RHerndon
UNITED STATES DISTRICT JUDGE

DATE: September 8, 2005