IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SHARON BARNETT and**
**RICK BARNETT,**

      **Plaintiffs,**

     vs.                                        Cause No.  04-542 DRH

**R. J. REYNOLDS TOBACCO COMPANY**
**a/k/a R. J. REYNOLDS DOMESTIC**
**TOBACCO,**

      **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its/their own costs.----------------------------------------------------------------------------

                                                                   **NORBERT G. JAWORSKI, CLERK**

September 8, 2005                                     By:   s/Patricia Brown
                                                                       Deputy Clerk

APPROVED: /s/      David RHerndon         EOD:   9/9/05
              **U.S. DISTRICT JUDGE**